■■■■■■ UNITED STATES *versus* JOSEPH CAMPAU. ■■■

JOURNAL ENTRIES (1830–33): *Journal 4:* (1) Rule to make return to certiorari, continued *p. 410; (2) continued *p. 452; (3) motion for rule to

amend return *p. 477; (4) rule to amend return *p. 482. *Journal 5:* (5) Rule to amend return enlarged *p. 11.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allowance; (2) precipe for certiorari; (3) writ of certiorari; (4) copy of rule to make return to certiorari, proof of service; (5) return to certiorari; (6) motion for rule to amend return; (7) affidavit of Alexander D. Fraser in support of motion; (8) precipe for copy of rule. *1824–36 Calendar,* MS p. 207.